UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
AT ERIE

REGINALD RIGGINS,

   *Plaintiff*,

v.

ERIE POLICE DEPARTMENT, et al.,

   *Defendants*.

Civil Action No. 17-131Erie

ORDER

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

The Court, having considered the Report and Recommendation of Magistrate Judge Susan Paradise Baxter, and the balance of record, **HEREBY ORDERS** as follows:

(1) The Court **ADOPTS** the Report and Recommendation [Doc. No. 2].

(2) Plaintiff's Motion for Leave to Proceed *in forma pauperis* is **GRANTED**.

(3) This case is **DISMISSED** as legally frivolous in accordance with 28 U.S.C. § 1915(e).

(4) The Clerk shall send copies of this Order to the parties.

**IT IS SO ORDERED**.

DATED this 12th day of July, 2017.

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE